UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER et al., <br><br>                             Plaintiffs, <br><br> v. <br><br> HANSON AGGREGATES PACIFIC SOUTHWEST, INC., <br><br>                             Defendant. | Case No.:  19-CV-565-CAB-WVG <br><br> **DISMISSAL WITH PREJUDICE** <br><br> [Doc. No. 9] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED IN PART.**  This case is **DISMISSED WITH PREJUDICE**.  The Court, however, **does not** retain jurisdiction over this matter for purposes of dispute resolution and enforcement of the settlement agreement.

It is **SO ORDERED**.

Dated:  July 16, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge